UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PENNY JO MUNGER,

    Plaintiff,

v.                                     Case No. 8:15-cv-2937-33AEP

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.
_____/

**ORDER**

    This matter comes before the Court upon consideration of United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 22), entered on February 2, 2017, recommending that the decision of the Commissioner of Social Security denying Social Security benefits be reversed and the matter remanded for further consideration. As of this date, neither party has filed an objection to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

**Discussion**

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982).

In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994)(Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation (Doc. # 22), entered on February 2, 2017, is **ACCEPTED** and **ADOPTED.**

(2) The decision of the Commissioner of Social Security denying disability benefits is **REVERSED** and the matter is **REMANDED** for further consideration as discussed in the Report and Recommendation.

(3) The Clerk is directed to close this case and enter judgment in favor of the Plaintiff reflecting that the Commissioner's decision denying benefits is reversed and the matter is remanded for further consideration.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of February, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE